UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL EUGENE SHAW,<br><br>                    Plaintiff,<br><br>          v.<br><br>COLONIAL SHOPPING CENTER, a California limited partnership; CASCADE AIRPLANES, INC., an Oregon corporation; HIGH SIERRA CAPITAL, INC., a California corporation; and DOES 1–10,<br><br>                    Defendants. | No.  1:16-cv-01323-DAD-MJS<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 10) |

On December 2, 2016, the parties filed a joint stipulation dismissing the action with prejudice and with each party bearing its own costs and attorneys' fees.  (Doc. No. 10.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.  Accordingly, the Clerk of the Court is directed to close this case.  All court dates previously set in this matter are vacated.

IT IS SO ORDERED.

Dated:   **December 5, 2016**                              _____
                                                                              UNITED STATES DISTRICT JUDGE

1