UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL EUGENE SHAW,<br><br>          Plaintiff,<br><br>     v.<br><br>COLONIAL SHOPPING CENTER, a California limited partnership; CASCADE AIRPLANES, INC., an Oregon corporation; HIGH SIERRA CAPITAL, INC., a California corporation; and DOES 1–10,<br><br>          Defendants. | No. 1:16-cv-01323-DAD-MJS<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE THE CROSS COMPLAINT<br><br>(Doc. No. 12) |

      On December 7, 2016, the parties filed a joint stipulation dismissing the cross complaint with prejudice and with each party bearing its own costs and attorneys' fees. (Doc. No. 12.) All the parties in the action previously stipulated to the dismissal of the action with prejudice (Doc. No. 10), and the court closed the case (Doc. No. 11). In any event, the cross complaint has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th

/////

/////

/////

/////

1

Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees. Accordingly, the Clerk of the Court is directed to terminate the cross complaint.

IT IS SO ORDERED.

Dated: **December 8, 2016**

_____
UNITED STATES DISTRICT JUDGE